**STATE of Missouri, Plaintiff/Respondent,**

v.

**Donald JOHNSON, Defendant/Appellant.**

**Donald JOHNSON, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

Nos. 65621, 67227.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 10, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 20, 1995.

Application to Transfer Denied
Jan. 23, 1996.

Kathleen G. Henry, Green, Hennings &
Henry, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary
Moulton Bryan, Asst. Atty. Gen., Jefferson
City, for respondent.

Before CRANE, C.J., SIMON, J., and
BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendant Donald Johnson appeals from
the judgment entered on a jury verdict find-
ing him guilty of first degree robbery in
violation of § 569.020 RSMo 1994 and at-
tempted armed robbery in violation of
§ 564.011 RSMo 1994 on which he was sen-
tenced to consecutive terms of thirty years
and five years, respectively. Defendant also
appeals from an order denying on the merits,
after an evidentiary hearing, his Rule 29.15
motion for post-conviction relief.

No error of law appears and no jurispru-
dential purpose would be served by a written
opinion. However, the parties have been
furnished with a memorandum opinion for
their information only, setting forth the facts
and reasons for this order.

The judgments are affirmed in accordance
with Rules 30.25(b) and 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Robert L. MULLALY, Appellant.**

**Robert L. MULLALY, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. WD 48595, 50705.

Missouri Court of Appeals,
Western District.

Oct. 17, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 5, 1995.

Application to Transfer Denied
Jan. 23, 1996.

Jeremiah W. (Jay) Nixon, Attorney Gener-
al, Jefferson City, Philip M. Koppe, Asst.
Attorney General, Kansas City, for Respon-
dent.

Elizabeth Unger Carlyle, Lee's Summit,
for Appellant.

Before LAURA DENVIR STITH, P.J.,
and LOWENSTEIN and HANNA, JJ.

**ORDER**

PER CURIAM.

Robert L. Mullaly's consolidated appeal is
from a conviction of first degree assault and
from the denial of his Rule 29.15 motion
alleging ineffective assistance of counsel.

Affirmed. Rule 30.25(b).